■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES RIVERA, Appellant. [710 NYS2d 534] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered February 17, 1999, convicting him of criminal facilitation in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Mangano, P. J., Thompson, Krausman and Feuerstein, JJ., concur.